NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1257, -1266

DORBEST LIMITED, RUI FENG WOODWORK (DONGGUAN) CO., LTD.,
and RUI FENG LUMBER DEVELOPMENT (SHENZHEN) CO., LTD.,

Plaintiffs-Appellants,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE,
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Plaintiffs-Appellants,

and

CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721,
UBC SOUTHERN COUNCIL OF INDUSTRIAL WORKERS LOCAL 2305,
UNITED STEEL WORKERS OF AMERICA LOCAL 193U,
CARPENTERS INDUSTRIAL UNION LOCAL 2093,
TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL 991,
and IUE INDUSTRIAL DIVISION OF CWA LOCAL 82472,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

DONGGUAN LUNG DONG and DON HE,

Defendants-Appellees,

and

ART HERITAGE INTERNATIONAL LTD., SUPER ART FURNITURE CO., LTD.,
ARTWORK METAL & PLASTIC CO., LTD., JIBSON INDUSTRIES LTD.,
ALWAYS LOYAL INTERNATIONAL, FORTUNE GLORY LTD. (HK LTD.),
NANHAI JIANTAI WOODWORK CO., FINE FURNITURE (SHANGHAI) LTD., COASTER
COMPANY OF AMERICA, COLLEZIONE EUROPA USA, INC.,

FINE FURNITURE DESIGN & MARKETING LLC, GLOBAL FURNITURES, INC., HILLSDALE FURNITURE, LLC, KLAUSSNER INTERNATIONAL, LLC, MAGNUSSEN HOME FURNISHINGS, INC., L. POWELL COMPANY, RIVERSEDGE FURNITURE COMPANY, WOODSTUFF MANUFACTURING, INC. (doing business as Samuel Lawrence), SCHNADIG CORPORATION, GOOD COMPANIES, and STANDARD FURNITURE MANUFACTURING CO., INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 05-00003, Judge Donald C. Pogue.

ON MOTION

ORDER

Upon consideration of the appellants' unopposed motion for a 14 day extension of time, until June 1, 2009, to file their opening briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY – 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAY – 7 2009

JAN HORBALY
CLERK

cc: J. Michael Taylor, Esq.
Jeffrey S. Grimson, Esq.
Kristin Heim Mowry, Esq.
Robert G. Gosselink, Esq.
Carrie A. Dunsmore, Esq.

s8

2009-1257, -1266                    - 2 -